# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**JOHN FLORES**

                V.                CASE NUMBER: 5:96-CV-820(HGM/GJD)

**GRAPHTEX; et al.,**

**[ ]**      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants against Plaintiff, pursuant to Order of the Hon. Howard G. Munson dated December 9, 2005, dismissing this action for failure to prosecute pursuant to Local Rule 41.2.

DATED:     December 9, 2005

*Lawrence K. Baerman* (signature)
Clerk of Court

LKB:lmp