# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOHN FLORES**

    vs.

**GRAPHTEX, a Division of Human Technologies Corporation, JOHN THORP, Supervisor, Human Technologies Corporation and Graphtex, DAVE LAVALA, Head of Human Technologies Corporation and Graphtex, CANDIDO GARCIA, Self Screening Printer at Human Technolgies Corporation - Graphtex, ANTHONY CUTARRI, Supervisor at Human Technologies Corporation - Graphtex, TONY PUTACHI, and JOHN TURD**

**CASE NUMBER: 5:96-cv-820 (DEP)**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Individual defendants Tony Putachi and John Turd were terminated by Order of Judge Howard G. Munson on February 9, 2001. Defendants John Thorp, Dave Lavala, Candido Garcia, and Anthony Cutarri were terminated by the Memorandum Decision & Order of Chief Judge Norman A. Mordue on December 23, 2008.

**IT IS ORDERED AND ADJUDGED** that all remaining claims in this action are dismissed and judgment is hereby entered in favor of defendant Graphtex. Plaintiff's Complaint is dismissed in all respects.

All of the above pursuant to the Order of the Honorable Judge David E. Peebles, dated the 15th day of June, 2009.

DATED: June 16, 2009

*[signature]*
Clerk of Court

s/_____
Melissa Ennis
Deputy Clerk